# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS INC.,<br><br>    Defendant. | Case Number 0:23-cv-61246-DMM |

## PLAINTIFF'S WITNESS LIST

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary") hereby submits the following list of witnesses she may call at the trial in this matter.

1. **Lisette Vargas**
   Assistant Area Director, Fort Lauderdale Area Office
   U.S. Department of Labor, Wage Hour Division ("WHD")
   510 Shotgun Road, Suite 140
   Sunrise, Florida 33326
   Ms. Vargas may be contacted through undersigned counsel.

2. **Jane Pyne**
   Regional Investigator
   Branch of Construction Wage Determinations
   U.S. Department of Labor, Wage Hour Division ("WHD")
   200 Constitution Avenue, NW
   Washington, DC 20210
   Ms. Pyne may be contacted through undersigned counsel.

3. **Dr. Michael Brunetti**
   Expert
   Office of Federal Contract Compliance Programs
   U.S. Department of Labor
   90 7th Street
   San Fransico, CA 94103

1

4. **Arise's current and former employees**
c/o Defendant's Counsel
O'MELVENY & MYERS LLP
Gregory F. Jacob (pro hac vice)
Jeffrey E. Gordon (pro hac vice)
1625 Eye St., N.W.
Washington, DC 20006

Arise's current and former employees have knowledge regarding Arise's pay and employment practices, record keeping practices, and working conditions. The Acting Secretary may call any of these employees as a witness. On information and belief, Arise is in the possession of contact information, including the last known addresses, for all current and former employees. In addition, the Acting Secretary will likely call the employees listed below:

   a. Scott Etheridge, Chief Executive Officer
   b. Ana Sanso-Hill, Chief Financial Officer
   c. Chuck Koskovich, Chief Operating Officer
   d. Robert Padron, Chief Growth Officer
   e. Christopher McLaughlin-Brooks, Chief Information Officer
   f. Lisa Carstarphen, Senior Vice President and General Counsel
   g. Kim Kerley, Vice President and Chief Human Resources Officer
   h. Judith Rodriguez, Senior Vice President and General Manager
   i. April Claunch, Vice President, Customer Success
   j. Melissa Chounet, Director, Customer Success
   k. The 30(b)(6) witness Arise designates in response to the Acting Secretary's Notice
   l. Jackie Gartner, Manager, Customer Success
   m. Mary Washburn
   n. Denise Fortier, Director Customer Success
   o. Beverly Irving, Senior Manager, Client Integration
   p. Kelly Antolak, Director, Customer Success
   q. Brandi Bell Smith, Customer Success
   r. Shawn T. Cherry, Customer Success
   s. Kelly Morgan, Customer Success

5. **Arise's current and former Service Partners and Agents**

Arise's current and former Service Partners and Agents, including, but not limited to, those individuals listed on the Appendix A to the Acting Secretary's Complaint, have knowledge regarding Arise's pay and employment practices, record keeping practices, and working conditions. The Acting Secretary may call any of these listed Service

Partners and Agents as a witness. On information and belief, Arise is in the possession of contact information, including the last known addresses, for all current and former Service Partners and Agents. In addition, the Acting Secretary will likely call the Service Partners and Agents listed below:

1. Georgette Prince — PO box 8276, Akron, OH 44320
2. Marie Braden — 12603 Northborough Drive, Apt 508, Houston, TX 77067
3. Shilene M Finney — 119 Regency Ct, Warner Robins, GA 31088
4. Gina V Faragher — 3914 Wrightsville Ave, Wilmington, NC 28403
5. Erin J Durley — 8 yerger terrace, Apt 8 b, Hope, AR 71801
6. Ashley N Greene — 4553 Sahara Drive SW, Atlanta, GA 30331
7. Aaliyah R Robinson — 424 Hummingbird Trl, Dallas, GA 30132
8. Jurdain A Mcleish — 802 Klondale Ave, Kannapolis, NC 28081
9. Latonya M Sherrod — 1030 Rogers Lane Ste 121 #5146, RALEIGH, NC 27610
10. Astrid Evans — 806 Joryne Drive, Montgomery, AL 36109
11. Ramona C Venuto — 2307 keara way, charlotte, NC 28270
12. Ahlece K Leerdam-Gadson — 10000 Ethens Castle Drive, Chester, VA 23831
13. Tyneisha M Bishop — 166 Oak Avenue, Ozark, AL 36360
14. Katlin Happ — 937 Bromefield Drive, FOUNTAIN, CO 80817
15. Veraniqu P Stevens — 14303 Archdale, Detroit, MI 48227
16. Alicia D Thomas — 2901 Orchard Drive, Apt 102, Chambersburg, PA 17201
17. Alison Faulk — 2408 Cultra Rd., Conway, SC 29526
18. Amanda L Miller — 681 FLINT RIVER RD APT 7A, JONESBORO, GA 30238
19. Adrienne M Malvin — 902 Dunbar Rd, Warner Robins, GA 31093
20. Amy R Shumway — 16 Road 5511, Bloomfield, NM 87413
21. Andrea D Dickerson — 2478 Oakleaf Ridge, Lithonia, GA 30058
22. Angela Sabetta — 4255 Turner Dr, Cumming, GA 30040
23. Angela R Wimmer — 21203 E 4th St S, Independence, MO 64056
24. Anthony A Dooley — 2038 boyd ave, INDIANAPOLIS, IN 46203
25. Lakeia D Johnson — 7025 Greenbower lane, College Park, GA 30349
26. Alexis S Phillips — 2974 Viero Ct, Lawrenceville, GA 30044
27. Asia A Gilmer — 415 S Avalon St, Apt 8, West Memphis, AR 72301
28. Asia Wright — 206 breedin st, Manning, SC 29102
29. Tracy M Hargett — 2100 Country Club Road, Apt. 402, Jacksonville, NC 28546
30. Kelilea Plentie — 3455 Jake White Ct, High Point, NC 27265
31. Aliceson Brown — 15 Habersham Drive, apt b, Lagrange, GA 30240
32. Brett M Sisco — 17561 mullen rd, meadville, PA 16335
33. Bethea R Gardner — 591 northview lane , Po Box 322, beatrice, NE 68310
34. Obomate G Gabriel Whyte — 641 Busse Highway, Apt 2C, Park Ridge, IL 60068
35. Lynzi Gaiter — 2758 shellbark rd, decatur, GA 30035
36. Bridgette Lynn Hastings — 302 missouri street, steele, MO 63877
37. Bridgit Vance — 2245 Robert Hardeman Rd Lot 37, Winterville, GA 30683
38. Britnei S Shepard — 2182 Mckellar woods court apt6 _999, Memphis, TN 38116
39. Cadrecia Brown — 10301 Leben Pl, Simpsonville, SC 29680
40. Calecia R Coody — 5410 N Summit St. Apt. 4308, Kansas City, MO 64118
41. Candace J Dillard — 2634 Daman Court, St. Louis, MO 63136
42. Candance C Smith — 4209 Cinnabar Dr., Dallas, TX 75227
43. Whitney A Tillery — 772 Pointe South Parkway, 201, Jonesboro, GA 30238
44. Carita R Cordell — 1076 Austin Dr., Fayetteville, NC 28311
45. Casey Kinney — 1500 Lorene Drive, Apt 27 Bldg 18, Harvey, LA 70058

| | | |
|---|---|---|
| 46. | Cecelia L Dorsey | 910 Glenwood Park Drive SE, Atlanta, GA 30316 |
| 47. | Virginia Rand | 3 Dukes Way , 18, Savannah, GA 31419 |
| 48. | Chanell Stewart | 4 Dominion Way, Augusta, GA 30907 |
| 49. | Chanelle L Woodward | 4512 Plainview Court, Fayetteville, NC 28304 |
| 50. | Chante Amos | 2890 Georgia Highway 212 SW, Suite A-254, Conyers, GA 30094 |
| 51. | Charlene Carroll | 36 White Dansby Rd., MC CORMICK, SC 29835 |
| 52. | Monchell Bowman | 686 n Spring Lake Dr, Independence, MO 64056 |
| 53. | Chiquita Tajdari | 105 Joyner Rd. Apt 708, Cairo, GA 39828 |
| 54. | Latoya S Larry | 972 WHISPERING LAKE DRIVE, SHREVEPORT, LA 71107 |
| 55. | Chiet S Garvin | 3204 James Rd, Charlotte, NC 28215 |
| 56. | Charles Bardel | 1071 W Lantz, Detroit, MI 48203 |
| 57. | D'andrea L Richardson | 6031 Heffernan ST, Houston, TX 77087 |
| 58. | Carlos J Nunez | 5900 Forest Avenue, B2, Gary, IN 46403 |
| 59. | Chrashanda D Grey | 816 YORK ST, MARTINSVILLE, VA 24112 |
| 60. | Kim M Colby | 1618 Gold Rush Rd, 249, BULLHEAD CITY, AZ 86442 |
| 61. | Bartholomew Robert Coleman | 6715 NE 63RD ST. STE 103, PMB 253, Vancouver, WA 98661 |
| 62. | Chante L Nails | 19761 Annott, Detroit, MI 48205 |
| 63. | Laurice M Provost | 513 Hickory Dr, Murphy, TX 75094 |
| 64. | Shaqeeta L Cobb | 2725 fieldstone drive, conyers, GA 30013 |
| 65. | Cheryl K Sparkman | 1245 Cherrytree Lane, Chesapeake, VA 23320 |
| 66. | Cynthia Wilkins | 850 Quincy Street Northwest, Apt. #217, Washington, DC 20011 |
| 67. | Cynthia Young | 14805 Grisby Rd, Apt 274, Houston, TX 77079 |
| 68. | Dominique Linwood | 102 Ashley Forest Drive, apt 208, Alpharetta, GA 30022 |
| 69. | Darlene S Black | 517 Seventh Ave, Altoona, PA 16602 |
| 70. | Darrlynn Turner | 280 Brookview Drive, Dallas, GA 30132 |
| 71. | Darven Norris | 105 Franklin ave, Pottsboro, TX 75076 |
| 72. | Marique V Stafford | 2131 Seminole St., Detroit, MI 48214 |
| 73. | Dawn B Fletcher | 60256 Donya Street, Slidell, LA 70460 |
| 74. | Deanna L Erickson | 3100 Bonham Drive, Indianapolis, IN 46222 |
| 75. | Deanna M Scofield | 23170 Dakotah St Nw, Saint Francis, MN 55070 |
| 76. | Debra Hoyte | 353 Harmony Grove Rd, Lilburn, GA 30047 |
| 77. | Desonia Chaplin | 3202 Edmonton Place, Charlotte, NC 28269 |
| 78. | Princess Dempsey | 4415 W. Harrison, Suite 314, Hillside, IL 60162 |
| 79. | Denetreis Smith | 4918 Ozment Ridge Ct, Lithonia, GA 30038 |
| 80. | Detra Jewell Grier | 1840 Brandemere Dr, Austell, GA 30168 |
| 81. | Devon Livingston | 38 Starling St, Keene, NH 03431 |
| 82. | Stacy L Simonson | 104 sundew drive, East stroudsburg, PA 18301 |
| 83. | Diedra M Shackleford | 5950 BELCREST ST, HOUSTON, TX 77033 |
| 84. | Dion Barnes | 11 North Genesee, Waukegan, IL 60085 |
| 85. | Devona P Hay | 1517 great castle place, Charleston, SC 29414 |
| 86. | Danielle Campbell | 8863 miners dr, Littleton, CO 80126 |
| 87. | Victoria Clark | 910 Summerwind Dr, Bld 9, Jonesboro, GA 30236 |
| 88. | Erica D Hickman | 3070 Windward Plaza #F263, Alpharetta, GA 30005 |
| 89. | Dannyelle Taylor | 725 State Ct, Orangeburg, SC 29115 |
| 90. | Emma Ebale | 408 Seneca Dr, Garland, TX 75040 |
| 91. | Beverly E Greer | 1633 Mandarin Dr, Cincinnati, OH 45240 |
| 92. | Tamika Adams | 2910 Havenwood Ct, Richmond, TX 77406 |
| 93. | Elswith Petrakovic | 40 Dan Rd, Lumberton, TX 77657 |
| 94. | Mariama Annan | 45 east madison ave, clifton, NJ 07011 |
| 95. | Erica Chambers | 276 McIver Chambers Ln, Timberlake, NC 27583 |
| 96. | Kimberly D Irvin | 15091 Winthrop, Detroit, MI 48227 |

| # | Name | Address |
|---|------|---------|
| 97. | Francesca Pearson | 1650 South Fox Run Parkway, Apt 521, Opelika, AL 36801 |
| 98. | Beverly D Perry | 378 Saint Andrews Dr., Valley Grande, AL 36703 |
| 99. | Tracee M Freeman-Otey | 1330 Roemer Blvd, Farrell, PA 16121 |
| 100. | Blessing C Okeiyi | 1415 N. Saint Augustine RD, Apt J1, Valdosta, GA 31601 |
| 101. | Gineca Jones | 210 Coleraine Dr, Port Wentworth, GA 31407 |
| 102. | Jeniese N Lee | 16519 North Meadow Dr., Houston, TX 77073 |
| 103. | Annette Gooding-Powell | 112 Shady Meadows Lane, Clayton, NC 27520 |
| 104. | Heather L Baird | 940 Sublime Trail, Canton, GA 30114 |
| 105. | Hannah C Lyle | 9109 Parktop Lane apartment B, Knoxville, TN 37923 |
| 106. | Chervante Lachon Carter | 3111 Cherry Creek Ln, Sterling Heights, MI 48314 |
| 107. | Consuela T Martin | 1441 Woodmont rd sw, suite 3076, atlanta, GA 30318 |
| 108. | Ian Schrauth | 4329 SUNRIDGE DR, Unit A, St Louis, MO 63125 |
| 109. | Hazel Frazier | 184 revelle dr, newport news, VA 23608 |
| 110. | Jordan R Hill | 11712 steamboat drvie, apt 2332, Fishers, IN 46037 |
| 111. | Kimberly L Hoefer | 14064 Lyon Hill Lane, Huntersville, NC 28078 |
| 112. | Monkonjay Howard | 928 W Front St, apt c 11, Albert Lea, MN 56007 |
| 113. | Hollie Lynn Thomas | 1179 S. Beyer Road, Saginaw, MI 48601 |
| 114. | Holly Armes | 475 Ross Ln, Winfield, TN 37892 |
| 115. | Ivy Turner | 2715 Cleveland Street, McKeesport, PA 15132 |
| 116. | Cassandra Gomez | 8325 FOX STREET, THORNTON, CO 80221 |
| 117. | Tramaine D Ruiz | 22002 Flashing Ridge Dr, SPRING, TX 77389 |
| 118. | Shanea Pratt | 505 W Baseline Rd Apt 2131, Tempe, AZ 85283 |
| 119. | Jacqueline Persons | 114 Red Dirt Rd, Enterprise, AL 36330 |
| 120. | Jade C Gibbs | 312 Thoroughbred Trail, Monroe, GA 30655 |
| 121. | Jason R Berenstein | 34355 New York St, Clinton Twp, MI 48035 |
| 122. | Jennifer L Coppola | 5275 Rustic Court, Cumming, GA 30040 |
| 123. | Gloriana J Jenkins | 1101 Bowmar Avenue Apt. 9, Vicksburg, MS 39180 |
| 124. | Jenna Barnett | 456 Boiling Springs Rd, Portland, TN 37148 |
| 125. | Jennifer E King | 4427 Harrison st, Gary, IN 46408 |
| 126. | Jerry A Smith | 1647 lower moncure rd, Sanford, NC 27330 |
| 127. | April Jeter | 2342 Red Rose Ln, Loganville, GA 30052 |
| 128. | Jimmy L Knight | 175 HARRILL RD APT 6B, LUMBERTON, NC 28358 |
| 129. | Joleen M Fennell | 11597 Longview, Olathe, KS 66061 |
| 130. | Jovan A Dixon | 903 Creekmore Ln, Loganville, GA 30052 |
| 131. | Jo Ann Cure-Twede | 7500 Sw 172Nd St, Palmetto Bay, FL 33157 |
| 132. | Joewanda M Parks | 406 North 39th ave Apt 1, HATTIESBURG, MS 39401 |
| 133. | Jason S Poole | 9227 Lichtenauer Dr., #31, SHAWNEE, KS 66217 |
| 134. | Josalynn Bailey | 204 East Lincoln Street, A, Wichita Falls, TX 76307 |
| 135. | Joyce F Boatner | 319 Moss Street, Lafayette, LA 70501 |
| 136. | Joyce Moore | 8011 Maplewood Drive, Lincoln, NE 68510 |
| 137. | Javier Silva | 3700 Menchaca Road, #124, Austin, TX 78704 |
| 138. | Charmine Mcnutt | 805 Hope Ave., Jonesboro, AR 72401 |
| 139. | Jessica S Singletary | 62 6th Street, Apt 14, Hawkinsville, GA 31036 |
| 140. | Julia Antonnette Nicholas | 5736 Fieldstone Dr, Lithonia, GA 30038 |
| 141. | Margarita Jackson | 21394 Mount Sterling Terrace, Sterling, VA 20164 |
| 142. | Justine R Howard | 2912 E 123rd, CLEVELAND, OH 44120 |
| 143. | Quanda L Gaines | 616 Raritan Street, Camden, NJ 08105 |
| 144. | Angela T Paige | 1101 exchange place APT 428, durham, NC 27713 |
| 145. | Hakeem A Reed | 417 Marion St, Kingstree, SC 29556 |
| 146. | Karen Castro | 808 S. Harrison Court, Moses Lake, WA 98837 |
| 147. | Karen Newell | 18 CLEVELAND RD, PO BOX 124, SAINT AGATHA, ME 04772 |

| # | Name | Address |
|---|---|---|
| 148. | Ruthie A Johnson | 57 S Jefferson St, Wilson, AR 72395 |
| 149. | Katwana S Suggs | 5042 Azalea Trace dr, houston, TX 77066 |
| 150. | Katherine L Whitworth | 1857 South Lakeshore Drive, Vestavia Hills, AL 35216 |
| 151. | Katheryn D White | 41494 Boulder Creek Drive, Canton, MI 48188 |
| 152. | Katherine Bettendorf | 1440 E Locust, Springfield, MO 65803 |
| 153. | Katrien Vasil | 13 Middleton Ct, Ocean View, DE 19970 |
| 154. | Katherine C Pike | 6929 Polvadera Dr., El Paso, TX 79912 |
| 155. | Keidra C Stewart | 102 Wisdom Road, Apt 3C, Peachtree City, GA 30269 |
| 156. | Keidra G Taylor | 3183 Crestaire Drive, Baton Rouge, LA 70814 |
| 157. | Kesha Peppers | 818 CONSTANCE DR, A, A, NEWPORT NEWS, VA 23601 |
| 158. | Keyanna Cabell | 780 JOLLY AVE S, F8, CLARKSTON, GA 30021 |
| 159. | Kimberly E Kolasinski | 901 Bradish Street , Unit 10, Adrian, MI 49221 |
| 160. | Kindoria Burwell | 5105 STONEY POND LANE APT C, CHARLOTTE, NC 28227 |
| 161. | Kayla M Harris | 130 Desalle Ln, Wetumpka, AL 36093 |
| 162. | Amanda L Wilbourn | 3719 Gulf Ave, Midland, TX 79707 |
| 163. | Kristen E Montoya | 6403 Nw 28Th Lane, Margate, FL 33063 |
| 164. | Krystal Barrow | 18924 vignes lake ave, baton rouge, LA 70817 |
| 165. | Celeste Jackson | 4364 Maryland, Detroit, MI 48224 |
| 166. | Laura A Allen | 8141 Red Cockaded Court, Apt 106, Wilmington, NC 28411 |
| 167. | Laquinta Paige | 3120 Rumble St, Unit 101, Charlotte, NC 28269 |
| 168. | Latasha Monique Upchurch | 2264 Longmont Drive, Lawrenceville, GA 30044 |
| 169. | All'asia N Solomon | 2991 heritage villa drive, lithonia, GA 30038 |
| 170. | Latosha L Washington | 2107 N Decatur Rd #421, Decatur, GA 30033 |
| 171. | Latoya A Johnson | 836 Boulevard, Macon, GA 31211 |
| 172. | Lawrence E Riddle | 5480 Koweta Road, College Park, GA 30349 |
| 173. | Cidney D Mcgee | 10728 Springston Ct, Fishers, IN 46037 |
| 174. | Leah E Harris | 190 Warwick Road, Unit 595, Stratford, NJ 08084 |
| 175. | Leilani N Hill | 1029 Henslow Lane Suite D, Indianapolis, IN 46203 |
| 176. | Alethia Pryor | 10730 Foremost Drive, 209, Raleigh, NC 27617 |
| 177. | Raquel Lewis | 349 Liveoak Church Road, Hinesville, GA 31301 |
| 178. | Leavern Guy | 911 betsy drive, Picayune, MS 39466 |
| 179. | Lisa A Lamb | 225 Eastwyck Way, Decatur, GA 30032 |
| 180. | Lisa M Jackson | 10502 CIRCLE ONE DR, Fredericksburg, VA 22408 |
| 181. | Serina R Garcia | 306 Conaway street, Barrackville, WV 26559 |
| 182. | Lizzie Williams | 8370 Forest Mist Dr, Memphis, TN 38125 |
| 183. | Lana I Schamberger | 313 28th Ave NW, Center Point, AL 35215 |
| 184. | Latasha Anderson | 422 matera dr nw, Cartersville, GA 30120 |
| 185. | Linda M Eskra | 4318 W. Davis St, Matteson, IL 60443 |
| 186. | Torsha Lynch | 355 Old Eason Rd, Zebulon, NC 27597 |
| 187. | Mark Bates | 213 HESSEL BLVD, CHAMPAIGN, IL 61820 |
| 188. | Michele M Kocinski | 1901 Green Wave Ct, Las Vegas, NV 89134 |
| 189. | Tranieka M Jenkins | 107 childs st, Gray, GA 31032 |
| 190. | Marija Nunevska | 6178 Knoll Lane Ct, Apt 305, Willowbrook, IL 60527 |
| 191. | Marquesha S Lofton | 1755 College Dr, Baton Rouge, LA 70808 |
| 192. | Marva T Cousert | 432 Valley Forge Ct, Aurora, IL 60504 |
| 193. | Mary F Saadiq | 222 SCARBOROUGH RD, STOCKBRIDGE, GA 30281 |
| 194. | Mathia Cadet | 3016 wexford walk, smyrna, GA 30080 |
| 195. | Maxie A Eubanks | 316 S 5th Street, Millville, NJ 08334 |
| 196. | Sandra M Braxton | 1213 Rosemont Court, Norfolk, VA, USA, Norfolk, VA 23513 |
| 197. | Tierra Y Mccarty | 3516 Aquilla Ln Apt 10303, Apt 123, Fort Worth, TX 76137 |
| 198. | Thessa Pickett | 301 North Main Street, Floor 24 Suite 2443, Winston Salem, NC 27101 |

199. Melissa L Starr 2529 W Cactus Rd, Apt 3061, Phoenix, AZ 85029
200. Merander Large 11153 Harvest Drive, Greenwell Springs, LA 70739
201. Dell Mershawn Foley 183 Crane Rd NE, Resaca, GA 30735
202. Michael Willis 3988 Rowlett Rd, Unit 124, Rowlett, TX 75088
203. Marie C Fair 4159 Kendrick Circle, Loganville, GA 30052
204. Mechul G Yeldell 12603 Northborough Dr, Apt 1104, Houston, TX 77067
205. Mia T Miller 2087 white rock rd, Scottsville, VA 24590
206. Michele D Johnson 2791 Summit Pkwy SW, Atlanta, GA 30331
207. Michelle L Forgacs 5037 Singleton Drive, Hilliard, OH 43026
208. Patrick J Jensen 17164 Dune View Drive, Apt 106, Grand Haven, MI 49417
209. Constance Miller 9754 Holly Park Dr, Charlotte, NC 28214
210. Marylyn Bugg 548 Sherwood Grn, Stone Mountain, GA 30087
211. Ayumi Kiyomizu 630 Johnson St, Apt 214, Ionia, MI 48846
212. Meghan White 213 sawmill rd, hinesville, GA 31313
213. Meshel L Burrell 8501 S Throop St., Chicago, IL 60620
214. Adrian R Moses 284 Independence Dr, Jonesboro, GA 30238
215. Lachay M Woody 5102 richmond henrico tnpk, richmond, VA 23227
216. Lakeisha Ransom 2015 LOTUS DR, NATCHEZ, MS 39120
217. Fara Brown 6220 Mill Branch Rd, columbus, GA 31907
218. Sherell Johnson 2826 N Parkside AVE, 2, Chicago, IL 60634
219. Janice D. Melvin 3207 Navajo lane, Memphis, TN 38119
220. Natalie B Farrell 1000 S Nellis Blvd, S232, Las Vegas, NV 89110
221. Meneasha Yorette Brown 9900 S May Ave #720, Oklahoma City, OK 73159
222. Toni R Burks 433 SW Western, Topeka, KS 66606
223. Nakeisia Grisby 1315 Pineglen Drive, Riverdale, GA 30296
224. Betty Nickerson Nelson 6234 Lynridge Ave, Columbus, GA 31909
225. Nicole Coleman 4010 Hirschfield Rd., Spring, TX 77373
226. Tara Sherman 3819 Melville Avenue, Floor 2, East Chciago, IN 46312
227. Niki Barksdale 223 Bordeaux Drive, Fayetteville, GA 30214
228. Talisa R Moore 18246 Pierre Dr, 2904, Clinton Township, MI 48038
229. Niya Rayford 659 E 50th Place, chicago, IL 60616
230. Lisa S Kelemen 4600 Meadow Circle, Cookeville, TN 38506
231. Kischa Bell 315 Champions Drive, Fairburn, GA 30213
232. Onisha Alexander 3665 Forest hill rd, power springs, GA 30127
233. Octavia Dious 245 Benjamin Circle, Fayetteville, GA 30214
234. Pamela Spencer 6519 E Calle Herculo, Tucson, AZ 85710
235. Pamela Jones 1562 Olivet Court, Riverdale, GA 30296
236. Patricia Brown 14385 Woodcrest Circle, Larkspur, CO 80118
237. Larissi Johnson 5725 Waggoner Circle, Rex, GA 30273
238. Penny L Boemanns 6400 Blue Stone Road, Apt 5005, Sandy Springs, GA 30328
239. Lisa D Murphy 809 Whitney Chase, Stone Mountain, GA 30088
240. Patricia A Gillooley MCC Sonas, 320 N Bridge Street, Elkin, NC 28621
241. Patricia Lafollette 3189 Tammy Lynn Dr SW, marietta, GA 30060
242. Patrick A Curns 3111 Mineral Ridge Lane,, Stone Mountain, GA 30087
243. Leslie T Pittman-Payne 1443 Dillard Heights Drive, Bethlehem, GA 30620
244. Penelope A Minder 2780 Ellenwood Circle S, Macon, GA 31204
245. Precious Stewart 3498 Park Hill Circle, Loganville, GA 30052
246. Artie D Gray 4138 Springhill, Inkster, MI 48141
247. Shaneka M Gardner 105 Harold dr, Summerville, SC 29483
248. Quianna M Jeffries 8531 La Salle Blvd., Detroit, MI 48206
249. Quyen Vy 603 Hollywood Ave, Dallas, TX 75208

| # | Name | Address |
|---|---|---|
| 250. | Jennifer R Yeager | 3919 Paradiso Loop, San Antonio, TX 78260 |
| 251. | Rashall Pettaway | 6048 Old Post Lane, Montgomery, AL 36116 |
| 252. | Rikki L Erwin | 434 N 8th st, Cambridge, OH 43725 |
| 253. | Kendra Huckleberry | 6312 Montevallo rd, Centreville, AL 35042 |
| 254. | Dasheka C Kitchen | 2900 Delk Road, Suite 700, PMB #246, Marietta, GA 30067 |
| 255. | Kyle Reynolds | 5033 Hawthorne Road, apt 2, Pocatello, ID 83202 |
| 256. | Rasheeida M Gregory | 1991 Delowe Drive SW Q1, Atlanta, GA 30311 |
| 257. | Ridgely G Barringer | 17306 Poole place, Cornelius, NC 28031 |
| 258. | Clarissa T Griffin | 73 N Johnson Avenue, Louisville, MS 39339 |
| 259. | Renee Jordan | 46 Ivy Chase Loop, Dallas, GA 30157 |
| 260. | Rashida S Morgan | 17927 Diamond Peak Ct., Humble, TX 77346 |
| 261. | Robin Harper | 2935 Rosebud rd, 719, Loganville, GA 30052 |
| 262. | Robin Lynn Casady | 342 Oakridge Lane, Mount Morris, MI 48458 |
| 263. | Rosalyn P Bentley | 8001 Military Rd , #1207, Reno, NV 89506 |
| 264. | Lashundraw M Lewis | 380 Beechcrest Drive, Jackson, MS 39211 |
| 265. | Sabrina A Young | 310 Simons Road, Statesboro, GA 30458 |
| 266. | Sandra L Andersen | 201 Manitoba Lane, Little Canada, MN 55117 |
| 267. | Sasha Clarke | 1040 Route 166 Apt 1104, Toms River, NJ 08753 |
| 268. | Terrelcia C Jones | 1955 Ebenezer Rd Sw, Conyers, GA 30094 |
| 269. | Christopher W Seabrook | 3673 Bayberry Way SW, Conyers, GA 30094 |
| 270. | Sean R Stumbo | 1440 linwood ave, columbus, OH 43206 |
| 271. | Sekina Mccreary | 1236 Oak Ave, Blackville, SC 29817 |
| 272. | September A Langley | 187 Caughman Acers Rd, Leesville, SC 29070 |
| 273. | Sureenah Funderburg | 11310 Melody Drive, Apt. 2-305, Northglenn, CO 80234 |
| 274. | Jamey H Shackelford | 4520 chestnut ave, kansas city, MO 64130 |
| 275. | Sheron Phillips | 3550 Timberglen Rd, Bldg 122 Apt 194, Dallas, TX 75287 |
| 276. | Shalettica Griffin | 11705 Kades Trail, Hampton, GA 30228 |
| 277. | Shanetta D Blackman | 105 Johnson Drive, Wood-Ridge, NJ 07075 |
| 278. | Shanice Ragsdale | 5717 Spruance Rd, Richmond, VA 23225 |
| 279. | Shaquan Smith | 305 Sandburg Place, Newark, DE 19702 |
| 280. | Shavonda N Ewings | 4202 glenroy dr, Memphis, TN 38125 |
| 281. | Shannon L Bryant | 8395 Carlin, Detroit, MI 48228 |
| 282. | Sheena A Coffee | 300 Hatton Drive, Apt. H, Scottdale, GA 30079 |
| 283. | Shenille Neal | 6025 Pineburr rd, H, Charlotte, NC 28211 |
| 284. | Shereen Bailey | 542 Boardwalk Boulevard, Ridgeland, MS 39157 |
| 285. | Stephanie K Hernandez | 2208 E. Anna Ave, Laredo, TX 78040 |
| 286. | Rachel S Bishop | 502 Farmer Rd, APT 1K, Asheboro, NC 27203 |
| 287. | Roshieka Jones | 369 Glendale, H233, Highland Park, MI 48203 |
| 288. | Shaniqua T Thomas | 9298 DEER CROSSING DRIVE, JONESBORO, GA 30236 |
| 289. | Debbie Jennings | 944 Hollywood Drive, 16, Hinesville, GA 31313 |
| 290. | Melsidra L Reese | 4290 Rosenelfe Way, Loganville, GA 30052 |
| 291. | Shandice D Jefferson | 275 Elders Row Dr., Memphis, TN 38126 |
| 292. | Samir Music | 8116 Shady Pond Dr, Charlotte, NC 28227 |
| 293. | Cynthia Wallace King | 248 South Heincke Rd Apt 7G, Miamisburg, OH 45342 |
| 294. | John E Woodford | 3015 Summercourt Drive, Jonesboro, GA 30236 |
| 295. | Laketra M Cobb | 2803 Feldspar Way, Riverdale, GA 30296 |
| 296. | Lashunda P Brazell | 4 Legends Drive, Little Rock, AR 72210 |
| 297. | Stephanie Davenport | 1160 Daleview Ct, Norcross, GA 30093 |
| 298. | Sammie Tumbling | 322 E Rhinehill Rd SE, Atlanta, GA 30315 |
| 299. | Adrienne C Gross | 8760 HWY 160, whitesburg, KY 41858 |
| 300. | Susie Maria Scorer | 458 W Lookout Dr, Pueblo West, CO 81007 |

| | | |
|---|---|---|
| 301. | Tamesha Marshall | 5201 Collin Mckinney Pkwy, Apt 6303, McKinney, TX 75070 |
| 302. | Tamika Neal | 211 Ridge Ave, Unit 348, Salisbury, NC 28144 |
| 303. | Tanya M Burch | 132 Harper Lane Apt 2307, Franklin, NC 28734 |
| 304. | Tanya Glenn | 817 Surry Drive, N/A, Shelby, NC 28152 |
| 305. | Taraniesee L Johnson | 227 Sandy Springs Pl , D 498, Sandy Springs, GA 30328 |
| 306. | Tara Klein | 44 Tree, Newport news, VA 23606 |
| 307. | Natasha Cameron | 11721 sarah loop, hampton, GA 30228 |
| 308. | Charise Taylor | 3571 Donovan Dr, Crete, IL 60417 |
| 309. | Vickie L Bley | 525 Michael Circle, Monroe, GA 30655 |
| 310. | Tiffany D Davis | 4005 Troupe Smith Rd, Conyers, GA 30094 |
| 311. | Terrance A Thompson | 1616 County Road 35, Heidelberg, MS 39439 |
| 312. | Tesha Bowman | 2500 Lodgepole Ln, Show Low, AZ 85901 |
| 313. | Karen L Jones | 25250 Pardue Road Lot 41, Springfield, LA 70462 |
| 314. | Tia Banks | 19149 Montrose St, Detroit, MI 48235 |
| 315. | Tia James | 230 Hwy 261 S Apt 55, Wedgefield, SC 29168 |
| 316. | Timika Knox | 100 Woodspur Road, Irmo, SC 29063 |
| 317. | Tina M Lookingbill | 710 Ave D, PO Box 183, Pollock, SD 57648 |
| 318. | Sheila Nielsen | 5302 Jovian, San Antonio, TX 78245 |
| 319. | Tiphanny M Harris | 6107 Raintree Bend, Lithonia, GA 30058 |
| 320. | Ernestine Johnson Johnson | 125 Drexel Ave, Lansdowne, PA 19050 |
| 321. | Tonjua A Williams | 6440 Silver Dawn Lane, Las Vegas, NV 89118 |
| 322. | Briana S Neal | 2216 Jasmine Road, Grovetown, GA 30813 |
| 323. | Toya King | 102 Jennifer Drive, Vicksburg, MS 39183 |
| 324. | Tracey Mobley | PO BOX 360833, Decatur, GA 30036 |
| 325. | Tracy E Hunt | 852 Masontown Rd. Lot 35, Newport, NC 28570 |
| 326. | Tracy L Ashley | 2531 Orchard Beach Rd, Cheboygan, MI 49721 |
| 327. | Trei J Howard | 1000 Park Ave NE Unit 2305, Atlanta, GA 30326 |
| 328. | Lacrisha P Davis | 563 Lakewood Blvd, Park Forest, IL 60466 |
| 329. | Tiffany F Bauldwin | 29 Roosevelt Ave, Fort Fairfield, ME 04742 |
| 330. | Unita D Mcgowan | 527 Tennessee Gas Rd, 39 G, Greenville, MS 38701 |
| 331. | Veronica Duckworth | 401 E. Summit Avenue, Unit 88, Telford, PA 18969 |
| 332. | Wanda Matthews | 763 Taft Drive 14N, Arliington, TX 76011 |
| 333. | Virginia Freeman | 4946 National St, Philadelphia, PA 19135 |
| 334. | Vicky R Calloway | 36 Turf Ln, Ranson, WV 25438 |
| 335. | Jamie R Friend | 148 Ralls Rd, Hogansville, GA 30230 |
| 336. | Iishia Nicole Brown | 4350 E Velasco Street, San Tan Valley, AZ 85140 |
| 337. | Vito Grandolfo | 1486 N 350, W Layton, UT 84041 |
| 338. | Stacey Moore | 1412 East Stockbridge Avenue, Kalamazoo, MI 49001 |
| 339. | Virginia Jackson | 801 oatland rd, georgetown, SC 29440 |
| 340. | Dominique S Watson | 1010 Emerald Common Dr, 203, Knightdale, NC 27545 |
| 341. | Brenda J Kent | 864 Oakwood Drive, Gretna, LA 70056 |
| 342. | Wendy Aldrena Davis | 364 shore rush dr, pawleys island, SC 29585 |
| 343. | Wendy Baxter | 12055 Lakeside dr, Conroe, TX 77303 |
| 344. | Willard Stamps | 19009 Rosemont Ave, Detroit, MI 48219 |
| 345. | William P Silver | 1825 Elk Springs, Loveland, CO 80538 |
| 346. | Erica Subramaniam | 730 2ND AVE NW Apt 4, ISSAQUAH, WA 98027 |
| 347. | Frank Allen | 1170 bethel road, halifax, VA 24558 |
| 348. | Marisha Wren | 5115 N Prairie Clover Trl, Tucson, AZ 85704 |
| 349. | Darlene Yarborough | 5210 East 81st Street , Apt 138, Tulsa, OK 74137 |
| 350. | Yasmen Bolling | 15511 Dorchester, Dolton, IL 60419 |
| 351. | Zachary A Clinko | 2440 indiancup drive, Saint louis, MO 63033 |

352. Angela Hueston 5140 Seneca Trl., Milton, FL 32583
353. Ashley Ware 135 Sand Rd, Apt 36, Starkville, MS 39759
354. Audric Madera 3024 Grasmere View Pkwy, Kissimmee, FL 34746
355. Chris Sandifer 2647 Bluewave Dr, Middleburg, FL 32068
356. Crystal Daniels 140 Chandler Trace, Covington, GA 30016
357. Ebonie Scott 4303 S Grand Blvd, 1st Flr, St louis, MO 63111
358. Elizabeth Jordan 4464 Melissa Ct W, Jax, FL 32210
359. Evan Mcwhite 2879 Bronco Ave, Kissimmee, FL 34746
360. Jacob C Zimmerman 4123 Parkside Dr, Jupiter, FL 33458
361. Jennifer Ambroise 2532 Grand Poplar Street, Ocoee, FL 34761
362. Jepermarys Ruiz 1400 Parkwood Palm Blvd , 5, Lehigh Acres, FL 33936
363. Juan Delosrios 13554 86Th Road North, West Palm Beach, FL 33412
364. Lissette O Simmonds P.O. Box 800421, Aventura, FL 33280
365. Mirlene St Elien De Souza 16808 Macanthra Drive, Charlotte, NC 28213
366. Patricia Anne Johns 122 Ogden Ave, Sebastian, FL 32958
367. Patricia Hill 3401 Avenue R Nw Apt B, Winter Haven, FL 33881
368. Rielma Bejerano 10331 Sw 164 T, Miami, FL 33157
369. Sameer Jain 2462 Laurelwood Ct., Tallahassee, FL 32308
370. Tarvega Forrest 16 E Hammon Dr, Apopka, FL 32703
371. Timothy Frost 1829 Americana Blvd Apt 32N, Orlando, FL 32839
372. Denise Thomas 6813 Will Newton Drive Montgomery, AL 36116
373. Janet Kinzler 670 Oak Park Circle Merritt Island, FL 32953
374. Jessica Azar 237 Chestnut Street Ashland, PA 17921
375. Aariel Thompson 512 Putnam Street, Fort Wayne, IN 46808

Submitted on April 4, 2024.

| | |
|---|---|
| Address:<br><br>Office of the Solicitor<br>U.S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA 30303<br><br>(404) 302-5463 (Phone)<br>(404) 302-5438 (Fax)<br>Latterell.richard.a@dol.gov<br>Chastain.lydia.j@dol.gov<br>Kinney.vanessa.l@dol.gov<br>Atl.fedcourt@dol.gov | SEEMA NANDA<br>Solicitor of Labor<br><br>TREMELLE I. HOWARD<br>Regional Solicitor<br><br>CHARNA HOLLINGSWORTH-MALONE<br>Deputy Regional Solicitor<br><br>KRISTIN R. MURPHY<br>Acting Wage and Hour Counsel<br><br>*/s/ Richard A. Latterell*<br>RICHARD A. LATTERELL<br>Trial Attorney<br>Special Bar No. A5502891<br><br>LYDIA J. CHASTAIN<br>Senior Trial Attorney<br>Special Bar No. A5501398<br><br>VANESSA L. KINNEY<br>Trial Attorney<br>Special Bar No. A5503166<br><br>*Counsel for Acting Secretary of Labor,* |
| SOL Case No. 22-00153 | *United States Department of Labor* |

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2024, the foregoing Plaintiff's Witness List was served via electronic mail on the following counsel of record:

Ryan K. Stumphauzer
rstumphauzer@sknlaw.com

Jeffrey A. N. Kopczynski
Gregory F. Jacob
Jeffrey E. Gordon
jkopczynski@omm.com
gjacob@omm.com
jgordon@omm.com

Adam P. KohSweeney
Katy (Yin Yee) Ho
akohsweeney@omm.com
kho@omm.com

Sloane Ackerman
sackerman@omm.com

/s/ Richard A. Latterell
Richard A. Latterell
Trial Attorney
Office of the Solicitor
Latterell.Richard.A@dol.gov
Atlanta Docket

SOL Case No. 22-00153                    atl.fedcourt@dol.gov