**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

|  |  |  |
|---|---|---|
| JULIE A. SU, <br> Acting Secretary of Labor <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> ARISE VIRTUAL SOLUTIONS INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case Number 0:23-cv-61246-DMM |

**JOINT MOTION FOR ENTRY OF STIPULATED CONSENT DECREE AND FINAL JUDGMENT**

Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor (the "Department") and Defendant Arise Virtual Solutions Inc. ("Arise") have reached an agreement to resolve this matter on the terms set forth in the proposed Stipulated Consent Decree and Final Judgment, which is signed by the Parties. Accordingly, the Parties respectfully move the Court enter the attached Stipulated Consent Decree and Final Judgment, which would fully resolve this case. Pursuant to Local Rule 7.1(a)(3), counsel for both Parties certify that they have conferred and have agreed to this Joint Motion.

| | |
|---|---|
| Dated: July 12, 2024 | Respectfully submitted, |
| Office of the Solicitor<br>U.S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA 30303<br>(404) 302-5463 (Phone)<br>(404) 302-5438 (Fax) | **STUMPHAUZER KOLAYA**<br>**NADLER & SLOMAN, PLLC**<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>T: (305) 614-1400; F: (305) 614-1425<br><br> /s/ *Ryan K. Stumphauzer*<br>Ryan K. Stumphauzer, Fla. Bar No. 12176<br>rstumphauzer@sknlaw.com |
| /s/ *Charna C. Hollingsworth-Malone*<br>Charna C. Hollingsworth-Malone<br>Deputy Regional Solicitor<br><br>hollingsworth.charna@dol.gov<br>chastain.lydia.j@dol.gov<br>monzon.madison.j@dol.gov<br>latterell.richard.a@dol.gov<br>kinney.vanessa.l@dol.gov<br>atl.fedcourt@dol.gov<br><br>*Counsel for Plaintiff Julie A. Su,*<br>*Acting Secretary of Labor,*<br>*United States Department of Labor* | **O'MELVENY & MYERS LLP**<br>Gregory F. Jacob (*pro hac vice*)<br>Jeffrey E. Gordon (*pro hac vice*)<br>1625 Eye St., N.W.<br>Washington, DC 20006<br>gjacob@omm.com<br>jgordon@omm.com<br>(202) 383-5300<br><br>Adam P. KohSweeney (*pro hac vice*)<br>Damali A. Taylor (*pro hac vice*)<br>Katy (Yin Yee) Ho (*pro hac vice*)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>akohsweeney@omm.com<br>kho@omm.com<br>(415) 984-8700<br><br>Jeffrey A.N. Kopczynski (*pro hac vice*)<br>Sloane Ackerman (*pro hac vice*)<br>1301 Avenue of the Americas, 19th FL<br>New York, NY 10019<br>sackerman@omm.com<br>(212) 326-2000<br><br>Hannah E. Dunham (*pro hac vice*)<br>400 South Hope Street<br>Los Angeles, CA 90007<br>hdunham@omm.com<br>(213)-430-6000<br>*Counsel for Defendant*<br>*Arise Virtual Solutions, Inc.* |

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 12, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         */s/ Ryan K. Stumphauzer*
                                         **RYAN K. STUMPHAUZER**

2