## Exhibit A - Payment Schedule

| PMT # | Payment Date | Name | Address | Period Covered | Amount |
|---|---|---|---|---|---|
| 1 | 12/31/2024 | Example, Template | 123 Main Street, Homestead, FL 33033 | 06/29/2021 **to** 06/29/2023 | $5,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |