## Exhibit B – Settlement Notice Template

The U. S. Department of Labor has entered into a Settlement Agreement ("Agreement") with Arise Virtual Solutions, Inc. (Arise). The Agreement covers the period from June 29, 2021 through June 29, 2023. The Agreement requires Arise to make settlement payments to individuals through a third party settlement administrator before certain dates. Your total payment amount is shown below.

| Name | NAME |
|---|---|
| Total Payment Amount | $AMOUNT |

This payment was calculated or approved by the U.S. Department of Labor, Wage and Hour Division (WHD).

NOTICE: Pursuant to 29 U.S.C. § 216(c), your acceptance of this payment means that you have given up the right you have to bring suit on your own behalf under Sections 206, 207, 215, 216, and 217 of the Fair Labor Standard Act (FLSA) for the period of time indicated above.  The indicated total payment amount may be issued in installments.  If the accompanying check is less than the total payment amount indicated above, then if you accept this check and release your FLSA claims for the indicated period pursuant to this paragraph, you will receive additional future payments until you have received the indicated total payment amount.

**Retaliation and Kickbacks are Prohibited**
Section 215(a)(3) of the FLSA prohibits retaliation against any employee who files a complaint with the WHD or who cooperates with a WHD investigation. The law also prohibits retaliation against employees for accepting payment owed to them or from requiring employees to return or decline payment owed to them. Arise has not agreed that any recipients of this notice are employees, but Arise has agreed as a condition of the settlement not to take any adverse action or discriminate against any recipient of the notice for filing any complaint under or related to the FLSA, for speaking or providing information to the Department's representatives in connection with these investigations, or for participating in or receiving a distribution as a result of this Settlement Agreement. Prohibitions on retaliation under other laws also may apply. For more information visit www.dol.gov/agencies/whd/retaliation.

Signature

_____