IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>ARISE VIRTUAL SOLUTIONS INC.,<br><br>    Defendant. | Case Number 0:23-cv-61246-DMM |

## STIPULATED CONSENT DECREE AND FINAL JUDGMENT

THIS CAUSE is before the Court upon the Parties' Joint Motion for Entry of the Stipulated Consent Decree and Final Judgment (the "Joint Motion"). Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor (the "Department") and Defendant Arise Virtual Solutions Inc. ("Arise") wish to resolve Plaintiff's allegations without further litigation and jointly request and consent to the entry of this Stipulated Consent Decree and Final Judgment (the "Consent Decree").

The Department brought suit in the above-captioned matter, *Su v. Arise Virtual Solutions, Inc.*, Case Number 0:23-cv-61246-DMM (S.D. Fl.), asserting that: (1) Arise misclassified Service Partners and their Agents under the Federal Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA" or the "Act") as independent contractors; (2) Arise violated the FLSA's minimum wage provisions with respect to the Service Partners and Agents; (3) Arise violated the FLSA's overtime pay provisions with respect to the Service Partners and Agents; and (4) Arise violated the FLSA's recordkeeping provisions. Arise agrees that it is a covered enterprise under Sections

3(r) and 3(s) of the FLSA, 29 U.S.C. §§ 203(r) and 203(s), and that the provisions of the FLSA apply to Arise.

The Parties desire to avoid the costs and expenses of litigation and have determined to resolve all matters in controversy between the Department and Arise regarding the alleged violations. The parties acknowledge and agree that their Settlement Agreement ("Agreement" attached as Exhibit 1) and the parties' respective signatures on the Agreement, the Agreement itself, and all actions taken under and/or pursuant to the Agreement, are not and shall not be construed as an admission or acknowledgement of any fault or wrongdoing of any kind on the part of Arise in any proceeding, whether or not involving the Department of Labor.

The Court, having reviewed the Joint Motion and the Settlement Agreement finds that good cause exists for entry of the Consent Decree. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion (ECF No. ##) is **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the terms of the Settlement Agreement are incorporated herein with the same force and effect as if fully set forth herein, and the Department and Arise shall comply with all of the undertaking and agreements set forth therein.

This Consent Decree shall constitute a final judgment and order in this action.

This Court shall retain jurisdiction over this matter for purposes of construction, modification, and enforcement of the Consent Decree.

**SIGNED** in Chambers in West Palm Beach, Florida, this _____ day of July, 2024.

                                                                          _____
                                                                          DONALD M. MIDDLEBROOKS
                                                                          UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record.